J. Andrew Coombs (SBN 123881)                 JS-6
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff DeVry/Becker
Educational Development Corporation

Giuseppe Fornaro
10 Murdock Street
Carver, Massachusetts 02330

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeVry/Becker Educational Development Corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>Giuseppe Fornaro and Does 1-10, inclusive,<br><br>            Defendants. | Case No. CV12-8770 JFW (JEMx)<br><br>PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE<br><br>NOTE: CHANGES MADE BY THE COURT |

      The Court, having read and considered the Joint Stipulation for Permanent Injunction and Dismissal with Prejudice that has been executed by Plaintiff DeVry/Becker Educational Development Corporation ("Plaintiff") and Defendant Giuseppe Fornaro ("Defendant"), in this action, and good cause appearing therefore, hereby:

      ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, 15 U.S.C. § 1051, *et seq.*, 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiff is the owner of all rights in and to the copyright and trademark registrations listed in Exhibits A and B attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Properties").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Properties or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the Injunction are hereby restrained and enjoined from:

    a) Infringing Plaintiff's Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of Plaintiff's Properties, including, but not limited to, any product sold outside specified channels or in a manner which violates the terms of Plaintiff's distribution restrictions or terms of use (collectively "Unauthorized Products"), and, specifically from:

        i) Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiff's Properties;

        ii) Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce,

        copy or use the likenesses of or bear a confusing similarity to any of Plaintiff's Properties;

        iii)    Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant, or Defendant himself is connected with Plaintiff, is sponsored, approved or licensed by Plaintiff, or is affiliated with Plaintiff;

        iv)    Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

5)    Each side shall bear its own fees and costs of suit.

6)    Except as provided herein, all claims alleged in the Complaint against Defendant are dismissed with prejudice.

7)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

        IT IS SO ORDERED.

DATED: December 26, 2012

                                                        Hon. John F. Walter
                                                        United States District Judge

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| TITLE OF WORK | Copyright Registration No. (TX form #): | Copyright Claimant |
|---|---|---|
| Becker Professional Education CPA Exam Review Financial 2012 Edition | Application Pending | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Auditing 2012 Edition | TX0007490244 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Regulation 2012 Edition | TX0007492083 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Business 2012 Edition | TX0007490738 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review First Classes 2012 Edition | TX0007491984 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Financial PassMaster Data Disc for International Students 2012 Edition | TX0007503877 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Auditing PassMaster Data Disc for International Students 2012 Edition | TX0007489629 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Regulation PassMaster Data Disc for International Students 2012 Edition | TX0007547624 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Business PassMaster Data Disc for International Students 2012 Edition | Application Pending | DeVry/Becker Educational Development Corp. |

| Title | Registration | Owner |
|---|---|---|
| Becker Professional Education CPA Exam Review Financial Final Review Notes and Disc 2012 Edition [Textbook] | Application Pending | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Auditing Final Review Notes and Disc 2012 Edition [Textbook] | TX0007491993 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Regulation Final Review Notes and Disc 2012 Edition [Textbook] | Application Pending | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Business Final Review Notes and Disc 2012 Edition [Textbook] | TX0007489151 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review StartUp Disc Final Review Single Activation 2012 Edition | Application Pending | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Flashcards 2012 Edition | TX0007504085 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education Financial 1 Instructor J-Notes 2012 Edition | TX0007507997 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Instructor Version Financial 2012 Edition | TX0007490267 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Instructor Version Auditing 2012 Edition | TX0007491995 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Instructor Version Regulation 2012 Edition | TX0007490581 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Instructor Version Business 2012 Edition | TX0007488360 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review 2011 Edition Final Review Startup Disc, et al. | TX0007408811 | DeVry/Becker Educational Development Corp. |

| Title | Registration | Owner |
|---|---|---|
| Becker Professional Education CPA Exam Review 2011 Edition Financial, et al. | TX0007411045 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Auditing 2012 Edition. | TX0007490244 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review 2011 Edition Flashcards CPA Review. | TX0007421717 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review 2011 Edition First Classes. | TX0007420245 | DeVry/Becker Educational Development Corp. |
| Becker CPA Review 2009 Lecture Notes Business. | TX0007355913 | DeVry/Becker Educational Development Corp. |

# EXHIBIT B
# TRADEMARK REGISTRATIONS

| Registration No.: | Trademark: | Owner: |
|---|---|---|
| 3823222 | Becker Navigator | DeVry/Becker Educational Development Corp. |
| 3792821 | The Becker Promise | DeVry/Becker Educational Development Corp. |
| 3797392 | (Becker Professional Education logo) | DeVry/Becker Educational Development Corp. |
| 3804616 | (Becker Professional Education logo, color) | DeVry/Becker Educational Development Corp. |
| 3797284 | Becker Professional Education | DeVry/Becker Educational Development Corp. |
| 3602482 | Fastpass | DeVry/Becker Educational Development Corp. |
| 3601875 | Becker Fastpass | DeVry/Becker Educational Development Corp. |
| 2752526 | Stalla | DeVry/Becker Educational Development Corp. |
| 3514613 | Passmaster | DeVry/Becker Educational Development Corp. |
| 3275703 | Succeed With The System | DeVry/Becker Educational Development Corp. |
| 2975330 | Person/Wolinsky CPA Review Courses | DeVry/Becker Educational Development Corp. |
| 3105549 | Person/Wolinsky CPA | DeVry/Becker Educational Development Corp. |
| 2498764 | Becker | DeVry/Becker Educational Development Corp. |
| 2324384 | Prepare To Succeed | DeVry/Becker Educational Development Corp. |
| 2210555 | Passmaster | DeVry/Becker Educational Development Corp. |
| 2156555 | Becker CPA Review | DeVry/Becker Educational Development Corp. |
| 2160247 | Becker | DeVry/Becker Educational Development Corp. |